

**U.S. Department of Justice**
Criminal Division
*Fraud Section*

*1400 New York Avenue N.W.*
*Washington, DC 20530*

January 23, 2026

The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King, Jr. Federal Building
   & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   *United States v. Jhonny Cepeda*
               <u>Crim. No. 25-365-CCC</u>

Dear Judge Cecchi:

     I write to request the postponement of sentencing in this matter, which is currently set for February 4, 2026, at 10:30 a.m.

     Counsel for the government is requesting that the sentencing of Mr. Cepeda be moved to a date in March 2026.  As I have communicated to the Court's staff, I will be unable to travel to Newark for the February 4 hearing for personal reasons. Additionally, I have not yet been able to review the Final Presentence Report in this matter, nor to prepare the government's sentencing materials.  I believe the government and the Court will be best served by moving the sentencing to a date when I am both available and fully prepared.

     I have spoken with Wanda Akin, counsel for Mr. Cepeda, and she has indicated that she consents to the government's request to postpone the sentencing.

Hon. Claire C. Cecchi
January 23, 2026
Page 2

       I greatly appreciate the Court's consideration of this scheduling request.

               Respectfully submitted,

               LORINDA LARYEA
               Chief

               */s/ Joshua T. Ferrentino*
               Joshua T. Ferrentino
               Trial Attorney
               Criminal Division, Fraud Section
               U.S. Department of Justice
               202-598-0916
               joshua.ferrentino@usdoj.gov