**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JHONNY CEPEDA,<br><br>Defendant. | Criminal No. 25-365-CCC<br><br>**GOVERNMENT'S SENTENCING SUBMISSION NOTICE** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant.

LORINDA LARYEA
Chief

*/s/ Joshua T. Ferrentino*
Joshua T. Ferrentino
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, DC 20530
joshua.ferrentino@usdoj.gov
202-598-0916

Date: March 2, 2026